IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELA MORELLATO BLOSFIELD, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-01331 ) Judge Trauger |
| CHRISTINE WORMUTH, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Michela Blosfield has filed a pro se civil rights complaint against the current and former Secretary and the current and former Inspector General of the U.S. Army. (Doc. No. 1, "the Complaint".) The plaintiff paid the civil filing fee (*see* Doc. No. 1-1) and summonses have been issued. (Doc. No. 4.) Accordingly, the Complaint is not subject to initial screening.

This action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Court.

The plaintiff is responsible for effecting timely service of process in accordance with Federal Rule of Civil Procedure 4. The plaintiff is also responsible for keeping the court and opposing parties informed of a current mailing address and other contact information at all times, failing which the case may be dismissed for want of prosecution. Fed. R. Civ. P. 41(b); M.D. Tenn. L.R. 41.01(b). Additional resources for pro se litigants, including forms, handbooks, and

information sheets, are available on the court's website, https://www.tnmd.uscourts.gov/representing-yourself-federal-court.

    It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge

2

Case 3:24-cv-01331    Document 5    Filed 01/28/25    Page 2 of 2 PageID #: 16